NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRENDA J. PERSONS and DAVID J. PERSONS,

        Appellants,

v.

BANK OF AMERICA, N.A.,

        Appellee.

_____

Case No. 2D17-1923

Opinion filed May 24, 2019.

Appeal from the Circuit Court for Lee County; James R. Thompson, Judge.

Mark P. Stopa of Stopa Law Firm, LLC, Tampa (withdrew after briefing); Latasha Scott of Lord Scott, PLLC, Tampa (withdrew after briefing), and Brenda J. Persons, pro se, and David J. Persons, pro se, for Appellants.

Mary J. Walter of Liebler, Gonzalez & Portuondo, Miami, for Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, SILBERMAN, and BADALAMENTI, JJ., Concur.